UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN WALKER,<br><br>        Plaintiff,<br><br>   v.<br><br>EXETER FINANCE CORP.,<br><br>        Defendant. | Case No. 17-cv-01127-VC<br><br>**ORDER TO SHOW CAUSE** |

     The plaintiff, Justin Walker, is ordered to show cause why this case should not be dismissed for failure to prosecute in light of Walker's failure to appear at today's case management conference. Walker must file a brief explaining his failure to appear by no later than June 16, 2017. The Court will hold a hearing on this order to show cause on June 20, 2017 at 1:30 PM. If Walker fails to appear at the hearing, this case will be dismissed.

     **IT IS SO ORDERED.**

Dated: June 7, 2017

_____
VINCE CHHABRIA
United States District Judge