UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN WALKER,<br><br>        Plaintiff,<br><br>    v.<br><br>EXETER FINANCE CORP.,<br><br>        Defendant. | Case No. 17-cv-01127-VC<br><br>**ORDER OF DISMISSAL** |

      The plaintiff failed to appear for the initial case management conference on June 6, 2017. The following day, the Court issued an Order to Show Cause requiring the plaintiff to file a written response by June 16, 2017 and to appear for a hearing on June 20, 2017. The plaintiff did not file a written response and did not appear for the hearing. Accordingly, this case is dismissed for failure to prosecute. Fed. R. Civ. P. 41(b).

      **IT IS SO ORDERED.**

Dated: June 21, 2017

_____
VINCE CHHABRIA
United States District Judge